

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00190-CR

| | | |
|---|---|---|
| Christopher James Hensley | § | From the 355th District Court |
| | § | of Hood County (CR12277) |
| v. | § | May 15, 2014 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. We reverse the trial court's judgment, render a judgment of misdemeanor theft, and remand this case to the trial court for a new punishment trial.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM